The People of the State of New York, Respondent, v. Louis Amster, Appellant.— Judgment of conviction of the Court of Special Sessions of the City

* See *ante*, p. 832.— [Rep.

of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.